Ex. No. 1048. STATE *v.* ERNEST CORMIER. Motion of defendant to dismiss State's appeal and to be awarded a counsel fee is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Bennett R. Gallo,* Special Asst. Attorney General, for plaintiff. *Judith E. Hodge,* for defendant.

APPEAL No. 1015. MARVIN M. SHILLER *et al., d/b/a* OMEGA PROPERTIES *v.* RAYMOND GEMMA *et ux.* Motion for leave to reargue denied. *Raymond J. Surdut,* for petitioner. *Beals & Jerue, Albert DiFiore,* for respondent.